IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00821-BNB

VINCENT E. LOGGINS,

Applicant,

v.

HON. JUDGE JULIE G. MARSHALL, and
D.A. KATHLEEN EBERLING,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 3 2010

GREGORY C. LANGHAM
CLERK

---

## ORDER DIRECTING APPLICANT TO FILE AMENDED APPLICATION

---

Applicant, Vincent E. Loggins, is a patient at the Colorado Mental Health Institute at Pueblo, Colorado. Mr. Loggins has filed *pro se* on April 20, 2010, an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Mr. Loggins alleges in the application that he is challenging the validity of his conviction and sentence in Fremont County District Court case number 90CR271.

The court must construe the application liberally because Mr. Loggins is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Loggins will be ordered to file an amended application if he wishes to pursue his claims in this action.

The court has reviewed the application and finds that it is deficient. First, Mr. Loggins fails to name a proper Respondent. The law is well-established that the only

proper respondent to a habeas corpus action is the applicant's custodian. *See* 28 U.S.C. § 2242; Rules 2(a) and 1(b), Rules Governing Section 2254 Cases in the United States District Courts; *Harris v. Champion*, 51 F.3d 901, 906 (10th Cir. 1995).

The application also is deficient because Mr. Loggins fails to provide a clear statement of the factual basis for each of the three claims he is asserting in this action. For example, although Mr. Loggins identifies his first claim as an illegal sentence claim, he fails to allege any facts describing the sentence he is serving or explaining why he believes the sentence is illegal. Similarly, Mr. Loggins alleges in support of his second and third claims for relief only that he was convicted based on evidence obtained pursuant to an unlawful arrest and an unconstitutional search and seizure. He does not allege what evidence was used to convict him, why his arrest was unlawful, or why the search and seizure was unconstitutional.

For these reasons, Mr. Loggins will be ordered to file an amended application in which he names his custodian as Respondent and in which he provides specific factual allegations in support of each asserted claim. Mr. Loggins is advised that § 2254 provides a remedy only for violations of the "Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). Pursuant to Rules 2(c)(1) and 2(c)(2) of the Rules Governing Section 2254 Cases in the United States District Courts, Mr. Loggins must "specify all [available] grounds for relief" and he must "state the facts supporting each ground." Furthermore, these habeas corpus rules are more demanding than the rules applicable to ordinary civil actions, which require only notice pleading. *See Mayle v. Felix*, 545 U.S. 644, 655 (2005). Naked allegations of constitutional violations are not

cognizable under § 2254. *See Ruark v. Gunter*, 958 F.2d 318, 319 (10th Cir. 1992) (per curiam). Accordingly, it is

ORDERED that Mr. Loggins file **within thirty (30) days from the date of this order** an amended habeas corpus application that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Loggins, together with a copy of this order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that, if Mr. Loggins fails within the time allowed to file an amended application as directed, the action will be dismissed without further notice.

DATED April 23, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00821-BNB

Vincent E. Loggins
Prisoner No. 81868
CMHIP
1600 West 24th Street
Bldg. 140 - Ward C-1
Pueblo, CO 81003-1499

      I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** to the above-named individuals on **4/23/10**

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk