IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00821-BNB

VINCENT E. LOGGINS,

    Applicant,

v.

DR. JOHN DeQUADO, and
MR. JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's "Motion Under Article (X) . . ." (docket #15) and Applicant's "Request Motion to Motion for Ordered Amendment . . ." (docket #16) filed on May 6, 2010, are DENIED because it is not clear what Applicant is requesting.

Dated: May 7, 2010