**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-00821-ZLW

VINCENT E. LOGGINS,

     Applicant,

v.

DR. JOHN DeQUADO, and
MR. JOHN SUTHERS, Attorney General of the State of Colorado,

     Respondents.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

     Applicant's motion to order review of transcripts or recordings filed on June 4, 2010, is DENIED because this action was dismissed by order filed on June 2, 2010.

Dated:  June 7, 2010