IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00821-ZLW

VINCENT E. LOGGINS,

    Applicant,

v.

DR. JOHN DeQUADO, and
MR. JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    Applicant's motion to order review of transcripts or recordings (Doc. #26) filed on June 8, 2010, and the documents titled "Petition for Writ of Certiorari" (Docs. #27 & 28) also filed on June 8, 2010, will not be considered and are DENIED because this action was dismissed by order filed on June 2, 2010.

Dated: June 9, 2010