IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00821-ZLW

VINCENT E. LOGGINS,

    Applicant,

v.

DR. JOHN DeQUADO, and
MR. JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    Applicant's motions (Docs. #30 & 31) filed on June 11, 2010, will not be considered and are DENIED because this action was dismissed by order filed on June 2, 2010. In addition, it is not clear what relief Applicant seeks in those motions.

Dated: June 14, 2010