IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00821-ZLW

VINCENT E. LOGGINS,

    Applicant,

v.

DR. JOHN DeQUADO, and
MR. JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    Applicant's "Motion for the Answer . . ." (Doc. #42) filed on July 12, 2010, will not be considered and is DENIED because this action was dismissed by order filed on June 2, 2010.

Dated: August 4, 2010